# United States District Court
# District of Minnesota

Operating Engineers Local #49 Health and Welfare Fund and Central Pension Fund of the International Union of Operating Engineers and Participating Employers, and their Trustees,

Plaintiff(s),

**JUDGMENT BY DEFAULT**

-vs-

Civil No. 01-1023

SEEGMILLER ROCK PRODUCTS, INC. and Gary Seegmiller

Defendant(s)

---

Affidavit of default, disbursements, identification and non-military service having been filed by plaintiff's attorney, and

It appearing that the above-named defendant has been duly served with process, that more than twenty (20) days have elapsed since said service, and that said defendant has failed to appear or plead in this cause;

Now on motion of said plaintiff's attorney, a default is hereby entered and it is

CONSIDERED, ORDERED AND ADJUDGED that the above-named plaintiff do have and recover of and from said defendants the sum of SEVEN THOUSAND FIVE HUNDRED Dollars and 36/100 ($ 7,500.36). Against Seegmiller Rock Products, Inc. and Gary Seegmiller, jointly and severally, in the amount of $4,487.56. Against Seegmiller Rock Products, Inc. only in the amount of $3,012.80.

FRANCIS E. DOSAL, CLERK

DATED: August 31, 2001

By E Knoblauch
E. Knoblauch, Deputy Clerk

| | | |
|---|---|---|
| Principal/Damages | | $ 7,500.36 |
| Costs and disbursements | | $ |
| Interest to | $ | |
| Surcharge | | $ |
| **TOTAL JUDGMENT** | | $ 7,500.36 |